United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 20, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-60389
Summary Calendar

_____

SHAHBUDDIN NOOR ALI,

                                        Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

                                        Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A79 007 805
--------------------

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Shahbuddin Noor Ali, a native and citizen of Pakistan,
petitions this court for review of the Board of Immigration
Appeals' (BIA) decision affirming the Immigration Judge's (IJ)
denial of his applications for withholding of removal and relief
under the Convention Against Torture (CAT).  Ali contends that
the BIA erred in affirming the IJ's denial of withholding of
removal and relief under the CAT because he established that he
suffered past persecution and torture and it was more likely than

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

not that he would be persecuted and tortured if he returned to Pakistan.

After careful review of the record and the briefs, this court concludes that the BIA's determination that Ali is not eligible for withholding of removal or relief under the CAT is supported by substantial evidence, and the record does not compel a contrary conclusion.  See Efe v. Ashcroft, 293 F.3d 899, 903, 906-07 (5th Cir. 2002).  Therefore, Ali's petition for review is DENIED.